01

02

03

04

05

06

07                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
08                                    AT SEATTLE

09  DEMICKO BILLIE THOMAS,                )    CASE NO. C04-1091-JLR-MAT
                                          )
10          Plaintiff,                    )
                                          )
11          v.                            )    MINUTE ORDER
                                          )
12  PAUL SEWELL, et al.,                  )
                                          )
13          Defendants.                   )
    _____      )

14

15          The following Minute Order is made by direction of the court, the Honorable Mary Alice

16  Theiler, United States Magistrate Judge:

17          Defendants have filed a motion for summary judgment.  (Dkt. 60.)  Plaintiff did not file an

18  opposition brief or evidence responding to the arguments and evidence presented in defendants'

19  motion.  Instead, plaintiff filed affidavits requesting a continuance under Fed. R. Civ. P. 56(f) to

20  conduct additional discovery and to obtain other evidence.  (Dkt. 66 & 67.)

21          In general, Rule 56(f) requires the party opposing a summary judgment motion "to show

22  that additional discovery would uncover specific facts which would preclude summary judgment."

23  *Maljack Prods., Inc. v. Goodtimes Home Video Corp.*, 81 F.3d 881, 888 (9th Cir. 1996).  Here,

24  plaintiff has not identified how the additional discovery he seeks would preclude entry of summary

25  judgment in favor of defendants.  Although plaintiff maintains that it is imperative that he be

26  provided with the opportunity to conduct depositions and that other information he is seeking to

MINUTE ORDER
PAGE -1

01  obtain would prove "very damaging" to defendants (Dkt. 67), such conclusory assertions are not

02  sufficient to meet his burden under Rule 56(f).  Instead, plaintiff must describe the specific facts

03  he is seeking to obtain and how those facts would preclude entry of summary judgment in favor

04  of defendants.

05       Defendants also note that plaintiff's pending discovery requests were served more than a

06  week after the discovery cut-off of February 10, 2005.  Plaintiff does not explain why these

07  requests were not served earlier.  A Rule 56(f) request may be denied if the party seeking a

08  continuance did not seek discovery diligently.  *See, e.g.*, *Mackey v. Pioneer Nat'l Bank*, 867 F.2d

09  520, 524 (9th Cir. 1989).

10       However, in light of plaintiff's *pro se* status, the Court grants plaintiff leave to file an

11  amended pleading that complies with the requirements of Rule 56(f) and addresses the deficiencies

12  noted above.  This pleading must be filed and served no later than **Wednesday, May 18, 2005**.

13  Defendants may file a response to this amended pleading no later than **Thursday, May 26,  2005**.

14  Defendants' motion for summary judgment is renoted on the Court's motion calendar for **Friday,**

15  **May 27, 2005**.

16       DATED this  9th  day of  May , 2005.

17

18                                    BRUCE RIFKIN, Clerk

19                                    By s/ Gary W. Burnopp
                                         Deputy Clerk

20

21

22

23

24

25

26

MINUTE ORDER
PAGE -2