UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DEMICKO BILLIE THOMAS, | ) | CASE NO. C04-1091-JLR-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| PAUL SEWELL, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Rule 56(f) request (Dkts. 66, 67 & 74) is DENIED;

(3) Defendants' motion for summary judgment (Dkt. 60) is GRANTED and this case DISMISSED; and

(4) The Clerk is directed to send copies of this Order to the parties and Judge Theiler.

DATED this 12th day of August, 2005.

JAMES L. ROBART
United States District Judge

ORDER
PAGE